No. 88–1606. SCOPO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–1607. CLARK COUNTY, NEVADA v. FRANK BRISCOE CO., INC. C. A. 9th Cir. Certiorari denied.

No. 88–1615. GAENSEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–1625. THOMAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–1641. BODINE v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–6074. MUHAMMAD, AKA METOYER v. WHITE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–6458. MITCHELL ET AL. v. DUTTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–6470. JUVENILE MALE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–6505. COLT v. UNITED STATES POSTAL SERVICE. C. A. 3d Cir. Certiorari denied.

No. 88–6513. ATHERTON v. ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–6515. BRATHWAITE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6660. PRICE v. UNITED STATES POSTAL SERVICE. C. A. 6th Cir. Certiorari denied.

No. 88–6693. PARKER v. UNITED STATES POSTAL SERVICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–6755. LEMONS v. COX ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–6758. COOK v. BUTLER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.